UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 07-137-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| GREGORY DAVID HADDIX, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

Defendant Gregory Haddix has filed a *pro se* motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. [Record No. 441]  Haddix was sentenced to 294 months' imprisonment in April 2008 after pleading guilty to conspiring to distribute and possess with the intent to distribute pills containing oxycodone and methadone.  Two points were added to Haddix's criminal history score during the sentencing hearing because he committed the instant offense while under several criminal justice sentences arising in state court.  *See* U.S.S.G. § 4A1.1(d).  However, Amendment 821 to the United States Sentencing Guidelines (Part A) now reduces to one such "status points" for defendants like Haddix who have more than six criminal history points. (U.S.S.G. Amend. 821, eff. Nov. 1, 2023.)

Amendment 821 may apply retroactively to reduce the sentences of defendants who have already been sentenced.  *See* 18 U.S.C. § 3582(c)(2).  When considering whether to reduce the sentence of such a defendant, the Court considers whether the factors set forth in 18 U.S.C. § 3553(a) weigh in favor of granting a sentence reduction.  *Id.*  While courts may

- 1 -

consider whether defendants are eligible for sentence reductions as of the Amendment's effective date, individuals who are granted sentence reductions can be released from custody no earlier than February 1, 2024.

Consistent with General Order 23-21, the United States Probation Office for the Eastern District of Kentucky has prepared an analysis regarding the expected application of the Amendment to the defendant's sentence. The Probation Office will be directed to provide a copy of its analysis to the defendant and the United States. The United States will be directed to tender a response and the defendant may thereafter file a reply. Following the conclusion of briefing, the matter will stand submitted to the Court for determination of whether the defendant's sentence will be reduced.

Based on the foregoing, it is hereby

**ORDERED** as follows:

1.      The United States Probation Office is directed to promptly provide a copy of its analysis regarding application of Amendment 821 to the United States and Defendant Gregory Haddix.

2.      **Within 14 days**, the United States is directed to file a response explaining its position regarding whether the defendant should receive a sentence reduction under Amendment 821 (and, if so, to what extent).

3.      **Within 14 days** of the filing of the United States' response, Defendant Haddix may file a reply.

4.      The Clerk of the Court is directed to forward a copy of this Memorandum Order to the defendant at his current place of incarceration and to the United States Probation Office in Lexington, Kentucky.

- 2 -

Dated: January 9, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky